# Stephen A. Katz, P.C.
## Attorney at Law

111 JOHN STREET, SUITE 800
NEW YORK, NY 10038-3180
(212) 349-6400  FAX: (646) 308-1170
1-(800) 251-3529
sakatz00@aol.com

9 November 2011

*Stephen A. Katz*  (MA, NY & PA)

Honorable Cathy Seibel
Federal Building and United States Courthouse
Clerk's Office
300 Quarropas Street, 1st floor
White Plains, NY 10601-4150

*By fax to (914) 390-4278*

Re: Hutter v. Countrywide Bank, N.A., Civil Action no. 09-CV-10092 (CS) (LMS)

Dear Judge Seibel:

   Please excuse my stupidity, but I have not filed the Third Amended Complaint by the Court's deadline of 31 October 2011 because I overlooked the Court's Endorsed Letter of 26-OCT-2011. I did not realize—when I read the online case docket sheet—that "Endorsed Letter" means that a letter contains an order of the Court. Instead I assumed from that heading that the letter was attorney Kenneth Rudd's letter to the Court, and so I have been waiting for a response from the Court to attorney Rudd's and my letters, not realizing that entry no. 45 contained that response.

   If the Court will grant me till 5 P.M. on 11 November 2011, I will file the Third Amended Complaint by that deadline. Thank you for your consideration, and thank you for modifying your Order of 23 September 2011.

                                                          Sincerely yours,

                                                          [signature]
                                                          Stephen A. Katz

SAK
cc: Attorneys Rudd and Ackerman