# Stephen A. Katz, P.C.
## Attorney at Law

111 JOHN STREET, SUITE 800
NEW YORK, NY  10038-3180
(212) 349-6400  FAX: (646) 308-1170
1-(800) 251-3529
sakatz00@aol.com



9 November 2011

*Stephen A. Katz* (MA, NY & PA)

Honorable Cathy Seibel
Federal Building and United States Courthouse
Clerk's Office
300 Quarropas Street, 1st floor
White Plains, NY 10601-4150

*By fax to (914) 390-4278*

Re: Hutter v. Countrywide Bank, N.A., Civil Action no. 09-CV-10092 (CS) (LMS)

Dear Judge Seibel:

    Please excuse my stupidity, but I have not filed the Third Amended Complaint by the Court's deadline of 31 October 2011 because I overlooked the Court's Endorsed Letter of 26-OCT-2011. I did not realize—when I read the online case docket sheet—that "Endorsed Letter" means that a letter contains an order of the Court. Instead I assumed from that heading that the letter was attorney Kenneth Rudd's letter to the Court, and so I have been waiting for a response from the Court to attorney Rudd's and my letters, not realizing that entry no. 45 contained that response.

    If the Court will grant me till 5 P.M. on 11 November 2011, I will file the Third Amended Complaint by that deadline. Thank you for your consideration, and thank you for modifying your Order of 23 September 2011.

*Plaintiff to file Third Amended Complaint no later 11/14/11. No further extensions.*

Sincerely yours,

/s/ Stephen A. Katz
Stephen A. Katz

SAK
cc: Attorneys Rudd and Ackerman

So Ordered.

/s/ Cathy Seibel
Cathy Seibel, U.S.D.J.

Dated: 11/11/11

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/2011

# Motions
7:09-cv-10092-CS Hutter v. Country Wide Bank, N.A.
ECF

## U.S. District Court

### Southern District of New York

### Notice of Electronic Filing

The following transaction was entered by Katz, Stephen on 11/9/2011 at 7:04 PM EST and filed on 11/9/2011

**Case Name:** Hutter v. Country Wide Bank, N.A.
**Case Number:** 7:09-cv-10092-CS
**Filer:** Nance M. Hutter
**Document Number:** 46

**Docket Text:**
**MOTION for Extension of Time to File *Third Amended Complaint*. Document filed by Nance M. Hutter.(Katz, Stephen)**


**7:09-cv-10092-CS Notice has been electronically mailed to:**

David Barry Chenkin    dchenkin@zeklaw.com, mantonivich@zeklaw.com

Kenneth C. Rudd    krudd@zeklaw.com

Scott Tod Ackerman    ackis38@aol.com

**7:09-cv-10092-CS Notice has been delivered by other means to:**

Stephen A. Katz
Stephen A. Katz, P.C
111 John Street, Suite 800
New York, NY 10038

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=11/9/2011] [FileNumber=9253854-0
] [5f5fc62b21601748eb7e6333408918fd5144515e244eb5079f36d06b7fa9724488f
45b939c9d2328f6d042128433ef974f3c5b81a63af086b70f885624fd73e7]]

https://ecf.nysd.uscourts.gov/cgi-bin/Dispatch.pl?436445730650591                     11/9/2011

# Stephen A. Katz, P.C.

Phone: (212) 349-6400
Fax: (646) 308-1170



| To: Honorable Cathy Seibel | From: Stephen A. Katz |
|---|---|
| Fax: 9143904278 | Pages: 3 |
| Re: Hutter v. Countrywide | Date: November 09, 2011 |

Dear Judge Seibel:

I have sent with this cover page:

1. my letter-motion asking until 11 November 2011 to file the Third Amended Complaint.

Sincerely yours,

Stephen A. Katz
(212) 349-6400

111 John Street Suite 800, New York, NY 10038-3180

» This fax was sent via the Internet using RapidFAX! - www.rapidfax.com «