# LAW OFFICE OF JOHN T. SERIO
## ATTORNEY AT LAW

114 OLD COUNTRY ROAD
SUITE 420
MINEOLA, NY 11501

JOHN T. SERIO

Application ~~Granted~~ / ~~Denied~~
So Ordered.

_Cathy Seibel_
Cathy Seibel, U.S.D.J.
Dated: 12/15/11

TEL (516) 248-5317 Ext. 14
FAX (516) 294-5348
EMAIL jtserio@optonline.net

December 15, 2012

**By Facsimile**
Honorable Cathy Seibel
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re: Nance M. Hutter v. Countrywide Bank, N.A. et al.,
<u>Case #: 09 CV 10092 (CS) (LMS)</u>

Dear Judge Seibel:

On December 12, 2011, due to the inability to contact their attorney of record, Scott Tod Ackerman, I wrote on behalf of Watermark Inc., requesting an extension of time to answer the Third Amended Complaint. That request was granted by Your Honor. (ECF filing #51). I once again write concerning the same issue.

Since my initial request to the Court, and to reiterate the confusion concerning defense counsel, I have subsequently learned that Mr. Ackerman was also the attorney of record for Evolution Inc., another named defendant herein. As such, my original request for an extension of time should have also been made on their behalf. Accordingly, I request that Your Honor grant an extension of time for defendant Evolution to answer the TAC, Nunc Pro Tunc, to December 12, 2011. At this time, I cannot state as to whom may be substituted as counsel for Evolution. Nevertheless, the same issues facing defendant Watermark concerning their legal representation, are also present as well for Evolution. It is apparent that fairness seems to suggest that they too should be permitted time to retain new counsel.

Thank you for your courtesy and consideration in this matter.

Respectfully submitted,

John T. Serio
On behalf of Evolution, Inc.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/11

TO: Kenneth C. Rudd
Zeichner Ellman & Krause LLP
Attorney for defendant Country Wide
575 Lexington Avenue
New York, NY 10022
Fax - (212 - 753 - 0396

Steven A. Katz, P.C.
*Attorney for Plaintiffs*
111 John Street, Suite 800
New York, NY 10038
Fax (212) 349-6407

Scott Tod Ackerman
Sackstein Sackstein and Lee, LLP
Current Attorney for Watermark Inc., and Evolution
1140 Franklin Avenue, Suite 210
Garden City, NY 11530
Fax (516) 248 - 7268

Dec 15 2011 Case 7:09-cv-10092-CS Document 52 Filed 12/16/11 Page 2 of 2 p.3