Margaret J. Leszkiewicz, Esq.
*Of Counsel*
E-mail: mjlesz@optimum.net
JANUS LAW, P.C.
825 East Gate Boulevard, Suite 308
Garden City, New York 11530
Tel. 516-683-1200

*Attorneys for Defendant*
*Evolution Mortgage, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

NANCE M. HUTTER,                                                          Case No.: 09 CV 10092 (CS)
               Plaintiff
v.
                                                                **Rule 7.1 Disclosure**
COUNTRYWIDE BANK, N.A., a subsidiary of                    **Statement**
COUNTRYWIDE FINANCIAL CORPORATION,
WATERMARK CAPITAL, INC., EVOLUTION
MORTGAGE, INC.,

               Defendants.
_____X

    Defendant EVOLUTION MORTGAGE, INC. is not a corporation within the provisions of Rule 7.1 (a)(1).

Dated: Garden City, New York
       January 3, 2012

                                                        JANUS LAW, P.C.

                                      By: _____
                                           Margaret J. Leszkiewicz, Esq.
                                           *Of Counsel*
                                           *Attorneys for Defendant*
                                           EVOLUTION MORTGAGE, INC.
                                           825 East Gate Boulevard, Suite 308
                                           Garden City, New York 11530
                                           Tel. 516-683-1200
                                           E-mail: mjlesz@optimum.net

*TO: Via ECF/Attorneys of Record*

Margaret J. Leszkiewicz, Esq.
*Of Counsel*
E-mail: mjlesz@optimum.net
JANUS LAW, P.C.
825 East Gate Boulevard, Suite 308
Garden City, New York 11530
Tel. 516-683-1200

*Attorneys for Defendant*
*Evolution Mortgage, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

NANCE M. HUTTER,                                          Case No.: 09 CV 10092 (CS)
                    Plaintiff
v.
                                                                                  **Rule 7.1 Disclosure**
COUNTRYWIDE BANK, N.A., a subsidiary of                                            **Statement**
COUNTRYWIDE FINANCIAL CORPORATION,
WATERMARK CAPITAL, INC., EVOLUTION
MORTGAGE, INC.,

                    Defendants.
_____X

    Defendant EVOLUTION MORTGAGE, INC. is not a corporation within the provisions

of Rule 7.1 (a)(1).

Dated: Garden City, New York
       January 3, 2012

                                                          JANUS LAW, P.C.

                                                    By: _____
                                                          Margaret J. Leszkiewicz, Esq.
                                                          *Of Counsel*
                                                          *Attorneys for Defendant*
                                                          EVOLUTION MORTGAGE, INC.
                                                          825 East Gate Boulevard, Suite 308
                                                          Garden City, New York 11530
                                                          Tel. 516-683-1200
                                                          E-mail: mjlesz@optimum.net

TO: *Via ECF/Attorneys of Record*

1