Margaret J. Leszkiewicz, Esq.
*Of Counsel*
E-mail: mjlesz@optimum.net
JANUS LAW, P.C.
825 East Gate Boulevard, Suite 308
Garden City, New York 11530
Tel. 516-683-1200

*Attorneys for Defendant*
*Evolution Mortgage, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

NANCE M. HUTTER,                                                                Case No.: 09 CV 10092 (CS)

                Plaintiff

v.

COUNTRYWIDE BANK, N.A., a subsidiary of                         **ANSWER**
COUNTRYWIDE FINANCIAL CORPORATION,                      **CROSS-CLAIM**
WATERMARK CAPITAL, INC., EVOLUTION
MORTGAGE, INC.,

                Defendants.
_____X

        Defendant EVOLUTION MORTGAGE, INC. (hereafter "EVOLUTION"), by its attorneys, JANUS LAW, P.C., upon information and belief, responds to defendants Bank of America, N.A., successor by merger to defendant Countrywide Bank, N.A. and Countrywide Financial Corporation's Cross-Claims, dated December 12, 2011, as follows:

        1. EVOLUTION hereby denies all cross-claims.

Dated: Garden City, New York
       January 3, 2012

                                                     JANUS LAW, P.C.

                                           By: _____
                                                  Margaret J. Leszkiewicz, Esq.
                                                  *Of Counsel*
                                                  *Attorneys for Defendant*
                                                  EVOLUTION MORTGAGE, INC.

825 East Gate Boulevard, Suite 308
Garden City, New York 11530
Tel. 516-683-1200
E-mail: *mjlesz@optimum.net*

*TO: Via ECF/Attorneys of Record*

2