Margaret J. Leszkiewicz, Esq.
*Of Counsel*
E-mail: mjlesz@optimum.net
JANUS LAW, P.C.
825 East Gate Boulevard, Suite 308
Garden City, New York 11530
Tel. 516-683-1200

*Attorneys for Defendant*
*Evolution Mortgage, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

NANCE M. HUTTER,                                          Case No.: 09 CV 10092 (CS)
                          Plaintiff
v.
                                                          **NOTICE OF**
COUNTRYWIDE BANK, N.A., a subsidiary of                   **APPEARANCE**
COUNTRYWIDE FINANCIAL CORPORATION,
WATERMARK CAPITAL, INC., EVOLUTION
MORTGAGE, INC.,

                          Defendants.
_____X

Notice is hereby made that JANUS LAW, P.C., has been retained to represent defendant

EVOLUTION MORTGAGE, INC. in the within matter.

Dated: Garden City, New York
       January 3, 2012

                                                          JANUS LAW, P.C.

                                                          By: _____
                                                          Margaret J. Leszkiewicz, Esq.
                                                          *Of Counsel*
                                                          *Attorneys for Defendant*
                                                          EVOLUTION MORTGAGE, INC.
                                                          825 East Gate Boulevard, Suite 308
                                                          Garden City, New York 11530
                                                          Tel. 516-683-1200
                                                          E-mail: mjlesz@optimum.net

TO: *Via ECF/Attorneys of Record*

1