Margaret J. Leszkiewicz, Esq.
*Of Counsel*
E-mail: mjlesz@optimum.net
JANUS LAW, P.C.
825 East Gate Boulevard, Suite 308
Garden City, New York 11530
Tel. 516-683-1200

*Attorneys for Defendant*
*Evolution Mortgage, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

NANCE M. HUTTER,                                           Case No.: 09 CV 10092 (CS)

                Plaintiff

v.
                                                           **ANSWER**
COUNTRYWIDE BANK, N.A., a subsidiary of                    **CROSS-CLAIM**
COUNTRYWIDE FINANCIAL CORPORATION,
WATERMARK CAPITAL, INC., EVOLUTION
MORTGAGE, INC.,

                Defendants.
_____X

    Defendant EVOLUTION MORTGAGE, INC. (hereafter "EVOLUTION"), by its attorneys, JANUS LAW, P.C., upon information and belief, responds to defendant Watermark Capital, Inc.'s Cross-Claim, dated December 30, 2011, as follows:

    1. EVOLUTION hereby denies all claims.

Dated: Garden City, New York
       January 4, 2012

                                    JANUS LAW, P.C.

                            By: _____
                                    Margaret J. Leszkiewicz, Esq.
                                    *Of Counsel*
                                    *Attorneys for Defendant*
                                    EVOLUTION MORTGAGE, INC.
                                    825 East Gate Boulevard, Suite 308
                                    Garden City, New York 11530

                                            Tel. 516-683-1200
                                      E-mail: *mjlesz@optimum.net*

*TO: Via ECF/Attorneys of Record*