# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

IN THE MATTER OF REASSIGNMENT

                                                  NOTICE OF REASSIGNMENT

             OF

CASES FROM HON. CATHY SEIBEL

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

      The cases on the attached list are reassigned to the calendar of:

                     HON. EDGARDO RAMOS

      The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of

Reassignment on all defendants.

Dated: January 5, 2012

                                       Ruby J. Krajick, CLERK

                                       Shante Jones
                       By: _____
                                        Deputy Clerk

cc: Attorneys of Record

**Judge Seibel to Judge Ramos**

05cv737

09cv0061

09cv10082

09cv56

09cv7590

09cv9276

09cv10092

09cv10564

10cv1671

09cv9332

10cv3301

11cv8873

10cv5876

10cv6524

10cv7478

10cv8060

10cv8933

10cv9505

11cv610

11cv892

11cv1401

11cv2054

11cv2284

11cv2875

11cv2882

11cv3463

11cv3791

11cv4102

11cv4306

11cv4766

11cv4842

11cv5359

11cv5594

11cv5668

11cv5965

11cv6315

11cv6463

11cv6821

11cv7166

11cv7212

11cv7482

11cv7838

11cv7955

11cv8121

11cv8240

11cv8740

11cv5542

08cv9311

09cv527

09cv4251

09cv7082

09cv8536

10cv1168

10cv3044

10cv4941

10cv6314

10cv7953

10cv8605

11cv368

11cv980

11cv1412

11cv1943

11cv2142

11cv2703

11cv3091