UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NANCE M. HUTTER,<br><br>Plaintiff<br><br>v.<br><br>COUNTRYWIDE BANK, N.A., a subsidiary of COUNTRYWIDE FINANCIAL CORPORATION WATERMARK CAPITAL, INC. EVOLUTION MORTGAGE INC.,<br><br>Defendants | Case no. 09-CIV-10092 (ER)<br><br>**Hutter's Answer to Evolution Mortgage's Counterclaim** |

Plaintiff Nance M. Hutter answers the counterclaim of defendant Evolution Mortgage Inc. as follows:

### AS AND FOR A COUNTER-CLAIM

```
     34.   That as a result of plaintiff's claims against
EVOLUTION, defendant has and will incur damages, attorney's
fees, costs and expenses in an amount to be determined.
Wherefore, defendant respectfully requests judgment be entered
dismissing this complaint against EVOLUTION, granting
defendant's counter-claim for costs and disbursements relevant
to this action, and for such other and further relief as this
Court deems just and proper.
```

**Answer:**

Denied. Plaintiff Nance M. Hutter does not know what the difference is between costs and disbursements. And no statute, rule, or decision entitles

defendant Evolution Mortgage Inc. to an award of costs and

disbursements.

15 January 2012
New York, New York

                                             Respectfully presented,

                                         _____/s/_____
                                         Stephen A. Katz, attorney for
                                            the plaintiff, Nance M. Hutter
                                         Stephen A. Katz, P.C.
                                         111 John Street, Suite 800
                                         New York, NY 10038-3180
                                         (212) 349-6400
                                         (646) 308-1170 (fax) (not for
                                           service of papers)
                                         SAKatz00@AOL.com