**MEMO ENDORSED**

**Margaret J. Leszkiewicz**
23 Wildwood Gardens, Apt. C2
Port Washington, New York 11050
Tel. 917-620-8962

April 10, 2012



Hon. Edgardo Ramos
The Hon. Charles L. Brieant Jr. Federal Building
 and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: <u>**Hutter v. Countrywide Bank, et al./09-CV-10092**</u>

Dear Judge Ramos:

    Late in December 2011, I was engaged per diem by attorney, Michael Janus, to prepare an answer on behalf of his client defendant Evolution Mortgage Inc. in the above case, and to monitor the case until he was admitted to the Southern District. During this time period, I was actively looking for employment. When I was recruited by New York Life Insurance Company to enter its agent training program commencing in March 2012, I informed Mr. Janus that I would no longer be able to monitor the case. Accordingly, <u>I respectively request that the Court remove my name from the record as representing Evolution Mortgage Inc.</u>

Very truly yours,

*[signature]*

Margaret J. Leszkiewicz

Cc: Michael E. Janus, Esq.
     Janus Law, P.C.
     825 East Gate Boulevard, Suite 308
     Garden City, New York 11530

The application is ✓ granted.
                    ___ denied.

*[signature]*
Edgardo Ramos, U.S.D.J.
Dated: April 13, 2012
White Plains, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/13/2012