Mark I. Masini
mmasini@masinilaw.com
Janus Law, P. C.
825 East Gate Boulevard - Suite 308
Garden City, New York  11530
(516) 683-1200 (phone)
(516) 320-8949 (facsimile)

Attorneys for Defendant Evolution Mortgage, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NANCE M. HUTTER,

       Case No. CV 10092 (ER)

    Plaintiff,

 - against -        **NOTICE OF APPEARANCE**

COUNTRYWIDE BANK, N.A., a subsidiary of
COUNTRYWIDE FINANCIAL CORPORATION,
WATERMARK CAPITAL, INC. and
EVOLUTION MORTGAGE, INC.

    Defendants,
-------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

 ENTER my appearance as counsel in this case for defendant Evolution Mortgage, Inc.  I certify that I am admitted to practice in this Court.

Dated: Garden City, New York
   April 13, 2012

            JANUS LAW, P.C.

            By: _____
            MARK I. MASINI
            825 East Gate Boulevard - Suite 308
            Garden City, New York  11530
            (516) 683-1200
            Attorneys for Defendant
             Evolution Mortgage, Inc.