Michael E. Janus
mike@januslaw.com
Janus Law, P. C.
825 East Gate Boulevard - Suite 308
Garden City, New York 11530
(516) 683-1200 (phone)
(516) 320-8949 (facsimile)

Attorneys for Defendant Evolution Mortgage, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NANCE M. HUTTER,

                Plaintiff,

      - against -

COUNTRYWIDE BANK, N.A., a subsidiary of
COUNTRYWIDE FINANCIAL CORPORATION,
WATERMARK CAPITAL, INC. and
EVOLUTION MORTGAGE, INC.

                Defendants,
------------------------------------------------------------X

Case No. CV 10092 (ER)

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

      ENTER my appearance as counsel in this case for defendant Evolution Mortgage, Inc. I certify that I am admitted to practice in this Court.

Dated: Garden City, New York
       June 11, 2012

                                        JANUS LAW, P.C.

                                        By: _____
                                        MICHAEL E. JANUS
                                        825 East Gate Boulevard - Suite 308
                                        Garden City, New York 11530
                                        (516) 683-1200
                                        Attorneys for Defendant
                                        Evolution Mortgage, Inc.