UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

HUTTER,

                      Plaintiff(s),

    - against -

COUNTRY WIDE BANK, N.A., et al.,

                    Defendant(s).
------------------------------------------------------X

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

09 cv 10092 (ER)(LMS)

The above-entitled action is referred to the Honorable Lisa Margaret Smith, United States Magistrate Judge, for the following purpose(s):

| | | | |
|---|---|---|---|
| __X__ | GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement) | ____ | HABEAS CORPUS |
| ____ | GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial) | ____ | INQUEST AFTER DEFAULT / DAMAGES HEARING |
| ____ | DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation) | ____ | SOCIAL SECURITY |
| ____ | SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) * | ____ | SETTLEMENT |
| | | ____ | CONSENT UNDER 28 U.S.C. 636(C) FOR ALL PURPOSES (including trial) |
| | | ____ | CONSENT UNDER 28 U.S.C. 636(C) FOR LIMITED PURPOSE OF _____ |
| ____ | JURY SELECTION | | |

Dated: White Plains, New York
        December 3, 2012

SO ORDERED:

_____
EDGARDO RAMOS, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2012

* Do not check if already referred for General Pre-Trial.

Rev. 9/10