# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

December 3, 2012

## SCHEDULING NOTICE

HUTTER v. COUNTRY WIDE, N.A. ET AL, 09 CV 10092 (ER) (LMS)

| | |
|---|---|
| David B. Chenkin<br>Kenneth C. Rudd<br>Zeichner Ellman & Krause LLP<br>575 Lexington Avenue<br>New York, NY 10022 | Scott T. Ackerman<br>Sackstein Sackstein and Lee, LLP<br>1140 Franklin Avenue, Ste. 210<br>Garden City, NY 11530<br><br>Mark I. Masini<br>Mark I. Masini, P. C.<br>825 E. Gate Blvd. - Suite 308<br>Garden City, NY 11530<br><br>Michael E. Janus<br>Janus Law, P.C.<br>825 East Gate Boulevard<br>Garden City, NY 11530<br><br>John T. Serio<br>Grandinette & Serio<br>114 Old Country Rd, Suite 420<br>Mineola, NY 11501 |

The matter of HUTTER v. COUNTRY WIDE, N.A. ET AL has been scheduled for an in-person conference before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on **Monday, December 17, 2012, at 10:00 A.M. in Courtroom 520.**

*Please note: counsel seeking to reschedule an appearance must have all parties on the line prior to contacting chambers.*

SO ORDERED: *[signature]*
Hon. Lisa Margaret Smith
U.S.M.J.