UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

HUTTER,

                    Plaintiff(s),　　　　**RESCHEDULING NOTICE**

  - against -

                                                         09 Civ. 10092 (ER)

COUNTRY WIDE BANK, N.A., et al.,

                    Defendant(s).
------------------------------------------------------x

The above case previously scheduled for January 18, 2013, **is hereby rescheduled until April 19, 2013 at 11:30 am** in Courtroom 218 before the Hon. Edgardo Ramos, at the Charles L. Brieant United States Courthouse, 300 Quarropas Street, White Plains, NY 10601.

                                                                     _____
                                                                     Gina Sicora, Courtroom Deputy

Dated:    White Plains, New York
              December 20, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2012