UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of  February 27, 2013
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

## RE-SCHEDULING NOTICE

<u>HUTTER v. COUNTRY WIDE, N.A., ET AL</u>, 09 CV 10092 (ER) (LMS)

| | |
|---|---|
| Stephen A. Katz<br>Stephen A. Katz, P.C<br>111 John Street, Suite 800<br>New York, NY 10038 | BJ Finneran<br>Zeichner Ellman & Krause LLP<br>575 Lexington Avenue<br>New York, NY 10022<br><br>Michael Evan Janus<br>Janus Law, P.C.<br>825 East Gate Boulevard<br>Garden City, NY 11530<br><br>John T. Serio<br>Grandinette & Serio<br>114 Old Country Rd, Suite 420<br>Mineola, NY 11501 |

The matter of <u>HUTTER v. COUNTRY WIDE, N.A., ET AL</u> has been *re-scheduled* from an in-person status conference on Tuesday, March 5, 2013, at 10:30 A.M. before the Hon. Lisa Margaret Smith, United States Magistrate Judge, to an in-person status conference on **Wednesday, March 20, 2013, at 2:30 P.M. in Courtroom 520.**

*Please Note: Counsel seeking to reschedule an appearance must have all parties on the line prior to contacting Chambers.*

SO ORDERED: /s/ Lisa Margaret Smith
Hon. Lisa Margaret Smith
U.S.M.J.