UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NANCE M. HUTTER,

       Plaintiff,

  - against -          09 Civ. 10092 (ER) (LMS)

COUNTRY WIDE BANK, N.A. et al,    ORDER

       Defendants.

**Lisa Margaret Smith, U.S.M.J.**

  The deposition of plaintiff Nance M. Hutter will take place on April 22, 2013. In the event that there is a dispute over the location of Ms. Hutter's deposition, it is to take place at the Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, New York. Arrangements for the use of one the Courthouse's deposition rooms may be made with the Clerk's office.

Dated: March 21, 2013
   White Plains, New York

SO ORDERED,

_____
Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York