UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NANCE M. HUTTER,

                Plaintiff,

- *against* -

COUNTRY WIDE BANK, N.A. et al,

                Defendants.

09 Civ. 10092 (ER) (LMS)

ORDER

**Lisa Margaret Smith, U.S.M.J.**

    The deposition of plaintiff Nance M. Hutter will take place on May 13, 15, and 17 of 2013. There will be two deposition sessions each day – each lasting one hour and thirty minutes. At the conclusion of each day's first deposition session, there is to be a break of at least one hour and thirty minutes before the commencement of the second deposition session. The Court is thereby scheduling a total of nine hours of deposition.

    In the event that there is a dispute over the location of Ms. Hutter's deposition, it is to take place at the Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, New York. Arrangements for the use of one the Courthouse's deposition rooms may be made with the Clerk's office.

Dated: May 1, 2013
       White Plains, New York

SO ORDERED,

_____
Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York