UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

HUTTER,

                      Plaintiff(s),        **RESCHEDULING NOTICE**

    - against -

                                                           09 Civ. 10092 (ER)

COUNTRY WIDE BANK, N.A., et al.,

                      Defendant(s).
------------------------------------------------------x

The above case previously scheduled for June 7, 2013, **is hereby rescheduled until July 3, 2013 at 10:30 am** in Courtroom 218 before the Hon. Edgardo Ramos, at the Charles L. Brieant United States Courthouse, 300 Quarropas Street, White Plains, NY 10601.

                                                            _____
                                                            Gina Sicora, Courtroom Deputy

Dated:     White Plains, New York
              May 1, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/1/2013