UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                May 16, 2013
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

## SCHEDULING NOTICE

HUTTER v. COUNTRY WIDE, N.A. ET AL, 09 CV 10092 (ER) (LMS)

| Stephen A. Katz<br>Stephen A. Katz, P.C<br>111 John Street, Suite 800<br>New York, NY 10038 | B.J. Finneran<br>Kenneth Rudd<br>Zeichner Ellman & Krause LLP<br>575 Lexington Avenue<br>New York, NY 10022<br><br>Michael E. Janus<br>Janus Law, P.C.<br>825 East Gate Boulevard<br>Garden City, NY 11530<br><br>John T. Serio<br>Grandinette & Serio<br>114 Old Country Rd, Suite 420<br>Mineola, NY 11501 |

A hearing in the matter of HUTTER v. COUNTRY WIDE, N.A. ET AL has been scheduled before the Hon. Lisa Margaret Smith, United States Magistrate Judge, for **Wednesday, June 5, 2013, at 10:00 A.M.** in Courtroom 520.

*Please note: counsel seeking to reschedule an appearance must have all parties on the line prior to contacting chambers.*

SO ORDERED: *[signature]*
Hon. Lisa Margaret Smith
U.S.M.J.