UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NANCE M. HUTTER,

                Plaintiff,

- against -                                               09 Civ. 10092 (ER) (LMS)

COUNTRY WIDE BANK, N.A. et al,                            ORDER

                Defendants.

Lisa Margaret Smith, U.S.M.J.

    The deposition of plaintiff Nance M. Hutter will take place from 10:00 A.M. to 12:00 P.M. and from 2:00 P.M. to 4:00 P.M. on June 19, 2013; from 10:00 A.M. to 12:00 P.M. on June 21, 2013; as well as from 10:00 A.M. to 12:00 P.M. and from 2:00 P.M. to 4:00 P.M. on June 26, 2013. During each two-hour deposition session, the plaintiff may, at her discretion, take one or more breaks. The break(s), however, shall total no more than 20 minutes during each two-hour session.

    In the event that there is a dispute over the location of Ms. Hutter's deposition, it is to take place at the Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, New York. Arrangements for the use of one the Courthouse's deposition rooms may be made with the Clerk's office.

Dated: June 5, 2013
       White Plains, New York

                                    SO ORDERED,

                                    Lisa Margaret Smith
                                    United States Magistrate Judge
                                    Southern District of New York