UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

June 27, 2013

## RE-SCHEDULING NOTICE

<u>HUTTER v. COUNTRY WIDE ET AL,</u> 09 CV 10092 (ER)(LMS)

| | |
|---|---|
| Stephen A. Katz<br>Stephen A. Katz, P.C<br>111 John Street, Suite 800<br>New York, NY 10038 | Michael Evan Janus<br>Janus Law, P.C.<br>825 East Gate Boulevard<br>Garden City, NY 11530<br><br>BJ Finneran<br>Zeichner Ellman & Krause LLP<br>575 Lexington Avenue<br>New York, NY 10022<br><br>John T. Serio<br>Grandinette & Serio<br>114 Old Country Rd, Suite 420<br>Mineola, NY 11501 |

The June 28, 2013, in-person status conference before the Hon. Lisa Margaret Smith, United States Magistrate Judge, in the matter of <u>HUTTER v. COUNTRY WIDE ET AL</u> has been ***re-scheduled*** from 2:15 P.M. to 12:15 P.M.

*Please Note: Counsel seeking to reschedule an appearance must have all parties on the line prior to contacting Chambers.*

SO ORDERED: *[signature]*
Hon. Lisa Margaret Smith
U.S.M.J.