UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

HUTTER,

                          Plaintiff(s),            **RESCHEDULING
                                                   NOTICE**

          - against -
                                                   09 Civ. 10092 (ER)

COUNTRY WIDE BANK, N.A., et al.,

                          Defendant(s).
------------------------------------------------------x


      The above case previously scheduled for July 3, 2013, **is hereby**

**rescheduled until July 26, 2013 at 10:30 am in Courtroom 218** before the

Hon. Edgardo Ramos, at the Charles L. Brieant United States Courthouse, 300

Quarropas Street, White Plains, NY 10601.


                                        _____
                                        Gina Sicora, Courtroom Deputy

Dated:      White Plains, New York
            July 1, 2013



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7 | 1 | 2013