UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

HUTTER,

                        Plaintiff(s),        **RESCHEDULING NOTICE**

- against -

                                                        09 Civ. 10092 (NSR)

COUNTRY WIDE BANK, N.A., et al.,

                        Defendant(s).
------------------------------------------------------------x

The above case previously scheduled for July 26, 2013, **is hereby rescheduled until November 7, 2013 at 10:00 am** in Courtroom 218 before the Hon. Nelson S. Román, at the Charles L. Brieant United States Courthouse, 300 Quarropas Street, White Plains, NY 10601.

                                                                               _____
                                                                     Gina Sicora, Courtroom Deputy to
                                                                     Hon. Nelson S. Román, U.S.D.J.

Dated:      White Plains, New York
               August 8, 2013

USDC SDNY
DOC #:
DATE FILED: 8/8/2013