UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NANCE M. HUTTER,<br><br>                          Plaintiff,<br><br>       v.<br><br>COUNTRYWIDE BANK, N.A., a subsidiary of COUNTRYWIDE FINANCIAL CORPORATION, WATERMARK CAPITAL, INC., EVOLUTION MORTGAGE INC.,<br><br>                          Defendants. | Case No.: 09 CV 10092 (CS) |

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑    I have cases pending                    ☐    I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

DAVID B. CHENKIN
FILL IN ATTORNEY NAME

My SDNY Bar Number is: DC-4618 _____    My State Bar Number is: 1851252.
I am,

☑    An attorney
☐    A Government Agency attorney
☐    A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME:                 Zeichner Ellman & Krause LLP
             FRIM ADDRESS:              575 Lexington Avenue
                                        New York, New York 10022
             FIRM TELEPHONE NUMBER:     212-223-0400
             FIRM FAX NUMBER:           212-753-0396

NEW FIRM:    FIRM NAME:                 Zeichner Ellman & Krause LLP
             FIRM ADDRESS:              1211 Avenue of the Americas
                                        New York, New York 10036
             FIRM TELEPHONE NUMBER:     212-223-0400
             FIRM FAX NUMBER:           212-753-0396

☑    I will continue to be counsel on the above-entitled case at my firm/agency.
☐    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

Dated: August 16, 2013

ATTORNEY'S SIGNATURE

#723585v1/DBC/2978.172