UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NANCE M. HUTTER,<br><br>                              Plaintiff,<br><br>v.<br><br>COUNTRYWIDE BANK, N.A., a subsidiary of COUNTRYWIDE FINANCIAL CORPORATION, WATERMARK CAPITAL, INC., EVOLUTION MORTGAGE, INC.,<br><br>                              Defendants. | Case No.: 09 CV 10092 (ER)(LMS)<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[√]    I have cases pending                    ☐    I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

KENNETH C. RUDD, ESQ.
FILL IN ATTORNEY NAME

My SDNY Bar Number is: KR-6342          My State Bar Number is: 2805919

I am,

    [√]    An attorney

    ☐    A Government Agency attorney ☐

         A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME:          Zeichner Ellman & Krause LLP
             FIRM ADDRESS:       575 Lexington Avenue
                                 New York, New York 10022
             FIRM TELEPHONE NUMBER:  212-223-0400
             FIRM FAX NUMBER:        212-753-0396

NEW FIRM:    FIRM NAME:          Zeichner Ellman & Krause LLP
             FIRM ADDRESS:       1211 Avenue of the Americas, 40th Fl.
                                 New York, New York 10036
             FIRM TELEPHONE NUMBER:  212-223-0400
             FIRM FAX NUMBER:        212-753-0396

    [√]    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐     I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

Dated:    August 16, 2013

                                            _____
                                            ATTORNEY'S SIGNATURE