# Stephen A. Katz, P.C.
## Attorney at Law

111 JOHN STREET,  SUITE 800
NEW YORK,  NY   10038-3180
(212) 349-6400  FAX: (646) 308-1170
1-(800) 251-3529
sakatz00@aol.com

*Stephen A. Katz*  (MA, NY & PA)

16 September 2013

Honorable Lisa Margaret Smith
The Hon. Charles L. Brieant Jr. Federal Building and
    United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re: Hutter v. Countrywide Bank, N.A., S.D.N.Y. no. 09-CIV-10092 (NSR) (LMS)

Dear Judge Smith:

    I represent the plaintiff, Nance M. Hutter. Since I asked the Court on 12 September 2013 to postpone Hutter's deposition of a representative of defendant Watermark Capital, Inc., Watermark's counsel John T. Serio and I have resolved the matter. Hutter will depose Watermark tomorrow, and so Hutter withdraws her request for an informal conference.

    Thank you for considering these matters.

                                        Sincerely yours,

                                        *Stephen A. Katz*
                                        Stephen A. Katz

SAK
[I]
cc: All counsel of record