# Stephen A. Katz, P.C.
## Attorney at Law

111 JOHN STREET, SUITE 800
NEW YORK, NY 10038-3180
(212) 349-6400 FAX: (646) 308-1170
1-(800) 251-3529
sakatz00@aol.com

8 November 2013

*Stephen A. Katz* (MA, NY & PA)

Honorable Lisa Margaret Smith
The Hon. Charles L. Brieant Jr. Federal Building and
   United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re: Hutter v. Countrywide Bank, N.A., S.D.N.Y. no. 09-CIV-10092 (NSR) (LMS)

Dear Magistrate Judge Smith:

    As counsel for the plaintiff Nance M. Hutter, I am writing to request that the time for discovery be extended so that Mrs. Hutter can depose an employee of defendant Countrywide Bank, N.A. named Nicole Steigler.

    In the fall of 2006 when Hutter's $1.785 million Countrywide loan was being arranged, Steigler had contact with Todd Matthews, who worked for defendant Watermark Capital, Inc. Correspondence obtained through discovery indicates that Steigler processed Mrs. Hutter's Countrywide loan. Hutter would like to ask Steigler what Countrywide knew about Hutter's finances, whom Steigler communicated with at Watermark Capital, and what was discussed in those communications.

    Thank you for considering this request.

Sincerely yours,

Stephen A. Katz

SAK
[I]
cc: All counsel of record