# ZEICHNER ELLMAN & KRAUSE LLP

**MEMO ENDORSED**

1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036

(212) 223-0400
FAX: (212) 753-0396
www.zeklaw.com

35 MASON STREET
GREENWICH, CT 06830
(203) 622-0900
FAX: (203) 862-9889

DIRECT DIAL
(212) 826-5354
bjfinneran@zeklaw.com

103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
(973) 618-9100
FAX: (973) 364-9960

The application is ☒ granted.
___ denied.

January 2, 2014

Nelson S. Roman, U.S.D.J.
Dated: Jan. 6, 2014
White Plains, New York 10601

Defendant BANA is Granted leave to file a cross motion under 28 USC. §1927. Opposition to the cross motion is to be served on Jan. 21, 2014 and the reply is to be served on Jan. 28, 2014. All motion papers are to be filed on Jan. 28, 2014 or immediately thereafter.

**BY FACSIMILE**

Honorable Nelson S. Roman
United States District Judge
The Hon. Charles L. Brieant, Jr.
  Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Facsimile No.: (914) 390-4179

Hutter v. Countrywide Bank, N.A., et al.
**Case No. 09 CV 10092 (ER)**

Dear Judge Roman:

We are counsel to defendant Bank of America, N.A., successor to named defendant Countrywide Bank, N.A. ("BANA"). BANA's deadline to serve opposition to plaintiff's motion for leave to file a fourth amended complaint ("FAC") is due January 7, 2014. As part of our opposition, it is our current intention to make a cross motion under 28 U.S.C. § 1927. Pursuant to your Individual Rules, we write to request either a pre-motion telephonic conference or simply leave to include the cross-motion.

We believe such a relief is warranted in light of the timing and content of the FAC. Further, BANA's cross motion will not result in the accompanying memorandum of law exceeding the court imposed twenty five (25) page limit.

Respectfully submitted,

BJ Finneran

KCR:cla

cc: All appearing counsel (by facsimile)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____