The application is ☒ granted.
☐ denied.

# Stephen A. Katz, P.C.
Attorney at Law

111 JOHN STREET, SUITE 600
NEW YORK, NY 10038-3180
(212) 349-6400 FAX: (646) 308-1170
1-(800) 251-3529
sakatz00@aol.com

**MEMO ENDORSED**

_____  1/16/14
Nelson S. Roman, U.S.D.J.
Dated: Jan. 16, 2014
White Plains, New York 10601

Plaintiff's request for a 1 week extension, Jan. 28, 2014, to serve her reply papers is Granted. The motion papers shall be filed on Jan. 28, 2014 or immediately thereafter.

*Stephen A. Katz* (MA, NY & PA)

16 January 2014

Honorable Nelson S. Roman
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: Hutter v. Countrywide Bank, N.A., Civil Action no. 09-CV-10092 (NSR) (LMS)

Dear Judge Roman:

I am counsel for the plaintiff Nance M. Hutter. I am writing to request a one-week extension of the deadline, till 28 January 2014, for Hutter to submit her reply papers in her motion to file a fourth amended complaint and join parties.

**1. The original deadline:** Hutter's reply papers are currently due on 21 January 2014. She requests that the deadline be extended to **28 January 2014**.

**2.-3. The number of previous requests for adjournment or extension, and whether they were granted:**

| Hutter: Six previous requests | Countrywide Bank, N.A.: Six previous requests |
|---|---|
| 17-MAY-2010, docket no. 18 Granted | 23-DEC-2009, docket no. 3, Granted |
| 31-MAR-2011, docket no. 35 Granted | 05-FEB-2010, docket no. 6, Granted |
| 06-MAY-2011, docket no. 38 Granted | 29-JUN-2010, docket no. 29, Granted |
| 15-NOV-2011, docket no. 47 Granted | 04-FEB-2011, docket no. 33, Granted |
| 19-AUG-2012, docket no. 70, Denied | 03-JUN-2011, docket no. 40 Granted |
| 08-NOV-2013, docket no. 98 Denied | 13-MAY-2013, docket no. 85 Granted |

| Evolution Mortgage Inc.: One previous request | Watermark Capital, Inc.: Two previous requests |
|---|---|
| 16-DEC-2011, docket no. 52, Granted | 13-DEC-2011, docket no. 51, Granted |
| | 13-MAY-2013, docket no. 86, Granted |

**4. The reason for the instant request:** Hutter needs to answer three separate sets of opposition papers that the three defendants have served on her, and each defendant's facts and arguments are different enough the others' so that Hutter must submit three separate reply memoranda. She needs more time in order to file three competent reply memoranda.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/2014

Honorable Nelson S. Roman
16 January 2014
Page two

---

**5.-6. Whether the adversaries consent:** All three defendants consent to Hutter's having until **28-JAN-2014** to serve her reply papers in her motion to file a fourth amended complaint and join parties.

Thank you for considering this request.

Sincerely yours,

*Stephen A. Katz*
Stephen A. Katz

SAK
cc: To all counsel by fax
[I]