UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NANCE M. HUTTER,<br><br>　　　　　　　Plaintiff<br><br>　　　v.<br><br>COUNTRYWIDE BANK, N.A., a<br>　subsidiary of COUNTRYWIDE<br>　FINANCIAL CORPORATION<br>WATERMARK CAPITAL, INC.<br>NICHOLAS JOUTZ<br>EVOLUTION MORTGAGE INC.<br>JOSEPH SCIACCA,<br><br>　　　　　　　Defendants | Case no. 09-CIV-10092<br>(NSR) (LMS)<br><br>**Notice of Hutter's Motion to File a Fourth Amended Complaint and Join Parties** |

Please take notice that based on *(1)* Hutter's Motion to File a Fourth Amended Complaint and Join Parties; on *(2)* Nance M. Hutter's Affidavit in Support of Her Motion to File a Fourth Amended Complaint and Join Parties, dated 23 November 2013; on *(3)* Gerhard P. Hutter's Affidavit in Support of Mrs. Hutter's Motion to File a Fourth Amended Complaint and Join Parties, dated 23 November 2013; on *(4)* a Memorandum in Support of Hutter's Motion to File a Fourth Amended Complaint and Join Parties, and on *(5)* the accompanying exhibit, plaintiff Nance M. Hutter, at the United States Court House at 300 Quarropas Street, White Plains, NY

[Notice of Hutter's Motion to File a Second Amended Complaint]

---

10601-4150, will move this Court under Federal Rule of Civil Procedure 15(a)(2), and under Rule 19(a) or under Rule 20(a)(2), for an order allowing her to file a Fourth Amended Complaint, and also allowing her to join Charles Dragna, Nicholas Joutz, and Joseph Sciacca as defendants.


25 November 2013
New York, New York


                              Respectfully presented,


                              _____/s/_____
                              Stephen A. Katz, attorney for
                                 the plaintiff, Nance M. Hutter
                              Stephen A. Katz, P.C.
                              111 John Street, Suite 800
                              New York, NY 10038-3180
                              (212) 349-6400
                              (646) 308-1170 (fax)
                              SAKatz00@AOL.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NANCE M. HUTTER,<br><br>                              Plaintiff<br><br>v.<br><br>COUNTRYWIDE BANK, N.A., a subsidiary of COUNTRYWIDE FINANCIAL CORPORATION<br>WATERMARK CAPITAL, INC.<br>EVOLUTION MORTGAGE INC.<br><br>                              Defendants | Case no. 09-CIV-10092 (NSR) (LMS)<br><br>**Nance M. Hutter's Motion to File a Fourth Amended Complaint and Join Parties** |

Plaintiff Nance M. Hutter moves under Federal Rule of Civil Procedure 15(a)(2) that she be allowed to file a Fourth Amended Complaint; and she further moves under Rule 19(a) (required joinder) or else under Rule 20(a)(2) (permissive joinder), that she be allowed to join Charles Dragna, Nicholas Joutz, and Joseph Sciacca as defendants.[1]

---

[1]   See Ex. H (proposed Fourth Am. Compl.).

[Hutter's Motion to File Fourth Amended Complaint and Join Parties]

25 November 2013
New York, New York

          Respectfully presented,

          _____/s/_____
          Stephen A. Katz, attorney for the
            plaintiff, Nance M. Hutter
          Stephen A. Katz, P.C.
          111 John Street, Suite 800
          New York, NY 10038-3180
          (212) 349-6400
          (646) 308-1170 (fax)
          SAKatz00@AOL.com