UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NANCE M. HUTTER,<br><br>          Plaintiff<br><br>    v.<br><br>COUNTRYWIDE BANK, N.A., a subsidiary of COUNTRYWIDE FINANCIAL CORPORATION WATERMARK CAPITAL, INC. EVOLUTION MORTGAGE INC.<br><br>          Defendants | Case no. 09-CIV-10092 (ER) (LMS)<br><br>**Nance M. Hutter's Affidavit in Support of Her Motion to File a Fourth Amended Complaint and Join Parties** |

I, Nance H. Hutter, state under oath as follows:

1. I am the plaintiff in this lawsuit.

2. Before I took out a $1.785 million mortgage loan from Countrywide Bank, N.A. on 11 December 2006, at no time did Todd Matthews, Charles Dragna, Joseph Sciacca, or anyone else ever tell me that the mortgage broker Evolution Mortgage Inc. intended to share with Watermark Capital, Inc.—or intended to share with Watermark's secretary Charles Dragna—the broker's fees that Evolution would earn from being the broker of record for my Countrywide loan.

[Hutter's Affidavit in Support of Motion to File Fourth Am. Complaint]

*[signature]*
Nance M. Hutter

Sworn to before me by
Nance M. Hutter this
twenty-third day of
November, 2013

*[signature]*
Notary Public

MARC C. [illegible]
Notary Public, State of New York
No. [illegible]
Qualified in Westchester County
Commission Expires August 7, 2017