David B. Chenkin
Kenneth C. Rudd
BJ Finneran
ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400
(212) 753-0396 (fax)

Attorneys for Defendant Bank of America, N.A.,
as successor by merger to Countrywide Bank, N.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NANCE M. HUTTER,<br><br>                              Plaintiff,<br><br>- against -<br><br>COUNTRYWIDE BANK, N.A., a subsidiary of COUNTRYWIDE FINANCIAL CORPORATION, WATERMARK CAPITAL, INC. and EVOLUTION MORTGAGE, INC.,<br><br>                              Defendants. | Case No. 09 CV 10092 (NSR)(LMS)<br><br><u>**STIPULATION**</u> |

WHEREAS, at a court conference on November 7, 2013, this Court permitted Plaintiff to make a motion for leave to file a Fourth Amended Complaint and required Plaintiff's counsel to submit with said motion a proposed Fourth Amended Complaint marked to show all changes from the Third Amended Complaint;

WHEREAS, by motion dated November 25, 2013 (the "Motion") [D.E. 127], plaintiff moved to file a Fourth Amended Complaint and join parties, and she submitted therewith a proposed Fourth Amended Complaint containing markings that showed some, but not all changes from the Third Amended Complaint;

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/3/2014

WHEREAS, on or about March 4, 2014, counsel for defendant Bank of America, N.A., as successor to Countrywide Bank, N.A., brought to the attention of Plaintiff's counsel the fact that the markings to the pleading were inaccurate;

WHEREAS, by letter dated March 27, 2014, sent to this Court, Plaintiff's counsel advised the Court that the markings to the proposed Fourth Amended Complaint did not reflect all changes and;

WHEREAS, on April 1, 2014, the parties and the Court, by its law clerk, held a telephonic conference at which it was agreed that Plaintiff could supplement her Motion by submitting a copy of her proposed Fourth Amended Complaint that was accurately and completely marked to show all changes from the Third Amended Complaint (the "Accurately Marked FAC") and any defendant could supplement its opposition to the Motion on the schedule below,

IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiff and defendants, that:

1. Plaintiff will file on ECF and thereby serve on all parties an Accurately Marked FAC on or before April 8, 2014;

2. Any defendant that wishes to supplement its opposition to the Motion based on the Accurately Marked FAC may do so by filing on ECF and pursuant to the Court's rules supplemental opposition papers to the Motion on or before April 25, 2014; and

3.  This Stipulation may be signed in counterparts and submitted to the Court without further notice, and that electronic/facsimile copies and/or photocopies shall be considered originals for all purposes.

Dated:  New York, New York
        April 2, 2014

STEPHEN A. KATZ, P.C.

By: _____
    Stephen A. Katz, Esq.
    Attorneys for Plaintiff
    111 John Street, Suite 800
    New York, New York 10038-3180
    (212) 349-6400

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
    David B. Chenkin, Esq.
    Kenneth C. Rudd, Esq.
    BJ Finneran, Esq.
    Attorneys for Defendant
      Bank of America, N.A., as successor
      to Countrywide Bank, N.A.
    1211 Avenue of the Americas
    New York, New York 10036
    (212) 223-0400

JANUS LAW, P.C.

By: _____
    Michael E. Janus, Esq.
    Attorneys for Defendant
      Evolution Mortgage, Inc.
    825 East Gate Boulevard, Suite 308
    Garden City, New York 11530
    (516) 683-1200

LAW OFFICE OF JOHN T. SERIO

By: _____
    John T. Serio, Esq.
    Attorneys for Defendant
      Watermark Capital, Inc.
    114 Old Country Road, Suite 420
    Mineola, New York 11501
    (516) 248-5317

SO ORDERED

_____
U.S.D.J.

#756742v1/KCR/2978.172

3. This Stipulation may be signed in counterparts and submitted to the Court without further notice, and that electronic/facsimile copies and/or photocopies shall be considered originals for all purposes.

Dated: New York, New York
April 2, 2014

| STEPHEN A. KATZ, P.C. | ZEICHNER ELLMAN & KRAUSE LLP |
|---|---|
| By: _____<br>Stephen A. Katz, Esq.<br>Attorneys for Plaintiff<br>111 John Street, Suite 800<br>New York, New York 10038-3180<br>(212) 349-6400 | By: _____<br>David B. Chenkin, Esq.<br>Kenneth C. Rudd, Esq.<br>BJ Finneran, Esq.<br>Attorneys for Defendant<br>   Bank of America, N.A., as successor<br>   to Countrywide Bank, N.A.<br>1211 Avenue of the Americas<br>New York, New York 10036<br>(212) 223-0400 |
| JANUS LAW, P.C. | LAW OFFICE OF JOHN T. SERIO |
| By: _____/s/_____<br>Michael E. Janus, Esq.<br>Attorneys for Defendant<br>   Evolution Mortgage, Inc.<br>825 East Gate Boulevard, Suite 308<br>Garden City, New York 11530<br>(516) 683-1200 | By: _____/s/_____<br>John T. Serio, Esq.<br>Attorneys for Defendant<br>   Watermark Capital, Inc.<br>114 Old Country Road, Suite 420<br>Mineola, New York 11501<br>(516) 248-5317 |

Dated: 4/3/2014
White Plains, NY

SO ORDERED

_____ 4/3/14
U.S.D.J.
Nelson S. Román