# Stephen A. Katz, P.C.
## Attorney at Law

111 JOHN STREET,  SUITE 800
NEW YORK,  NY   10038-3180
(212) 349-6400  FAX: (646) 308-1170
1-(800) 251-3529
sakatz00@aol.com

2 May 2014

*Stephen A. Katz*   (MA. NY & PA)

Honorable Nelson S. Roman
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: Hutter v. Countrywide Bank, N.A., Civil Action no. 09-CV-10092 (NSR) (LMS)

Dear Judge Roman:

I omitted to make one correction in the *Revised Accurately Marked Proposed* Fourth Amended Complaint:

- Footnote 12 should be boldfaced.

However, since footnote 12 is a footnote to wholly new, boldfaced paragraph 59(c) that appears for the first time in the *Proposed* Fourth Amended Complaint and that did not exist in the Third Amended Complaint, it should be apparent that footnote 12 is an addition to the Proposed Fourth Amended Complaint.

Sincerely yours,

Stephen A. Katz

SAK
cc: All counsel of record
[1]