# Stephen A. Katz, P.C.
## Attorney at Law

111 JOHN STREET, SUITE 800
NEW YORK, NY 10038-3180
(212) 349-6400  FAX: (646)
1-(800) 251-3529
sakatz00@aol.com

**MEMO ENDORSED**

*Stephen A. Katz* (MA, NY & PA)

The application is  X  granted.
____ denied.

_____ 5/23/14
Nelson S. Román, U.S.D.J.
Dated: May 23, 2014
White Plains, New York 10601

22 May 2014

Honorable Nelson S. Roman
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: Hutter v. Countrywide Bank, N.A., Civil Action no. 09-CIV-10092 (NSR) (LMS)

Dear Judge Roman:

As counsel for the plaintiff Nance M. Hutter, I am writing to request a two-week extension of the deadline, until 6 June 2014, for Hutter to serve her opposition to defendant Countrywide Bank's motion for Rule 11 sanctions.

**1. The original deadline:** Hutter's opposition is currently due on 23 May 2014. She asks that the deadline be extended to 6 June 2014, with Countrywide's reply's being due by 30 June 2014. If Countrywide needs additional time for its reply, Hutter consents to it.

**2.–3.  The number of previous requests for adjournment or extension, and whether they were granted:**

|  Hutter: Eight previous requests | Countrywide Bank, N.A.: Six previous requests |
|---|---|
| 17-MAY-2010, docket no. 18  Granted | 23-DEC-2009, docket no. 3   Granted |
| 31-MAR-2011, docket no. 35  Granted | 05-FEB-2010, docket no. 6   Granted |
| 06-MAY-2011, docket no. 38  Granted | 29-JUN-2010, docket no. 29  Granted |
| 15-NOV-2011, docket no. 47  Granted | 04-FEB-2011, docket no. 33  Granted |
| 19-AUG-2012, docket no. 70  Denied  | 03-JUN-2011, docket no. 40  Granted |
| 08-NOV-2013, docket no. 98  Denied  | 13-MAY-2013, docket no. 85  Granted |
| 16-JAN-2014, docket no. 105 Granted | |
| 28-JAN-2014, docket no. 107 Granted | |

| Evolution Mortgage Inc.: One previous request | Watermark Capital, Inc.: Two previous requests |
|---|---|
| 16-DEC-2011, docket no. 52  Granted | 13-DEC-2011, docket no. 51 Granted |
|  | 13-MAY-2013, docket no. 86 Granted |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/2014

Honorable Nelson S. Roman
22 May 2014
Page two

---

**4. The reason for the instant request:** Other obligations, including a trial scheduled to start tomorrow, demand my time. Also, to understand Rule 11 thoroughly, I need time to read a number of long decisions and grasp each one's facts. Hutter's opposition, finally, will be more concise if she has more time.

**5.–6. Whether the adversaries consent:** All three defendants consent to Hutter's having till the end of **06-JUN-2014** to serve her opposition to Countrywide's motion for Rule 11 sanctions. The deadline for Countrywide's reply will be **30-JUN-2014**, and Hutter consents to its having additional time if it needs it.

Thank you for considering this request.

Sincerely yours,

Stephen A. Katz

SAK
cc: To all counsel by fax
[I]