**MEMORANDUM ENDORSEMENT**

<u>Hutter v. Countrywide Bank, N.A., et al.</u>, 09 cv 10092 (NSR)

The Court Grants Plaintiff attorney Katz leave to file motion to withdraw with the following briefing schedule: moving papers to be filed on November 7, 2014; opposition to be filed on November 17, 2014; and reply, if any, to be filed on November 24, 2014. As the documents are filed, 2 courtesy copies shall be provided to chambers. Plaintiff's counsel shall submit to the Court his *in camera* affidavit in support at that time. Plaintiff's counsel is further directed to serve Plaintiff with a copy of this Memorandum Endorsement as well as a set of the moving papers and file proof of each such service.

        Dated: October 28, 2014
               White Plains, NY

SO ORDERED.

_____
Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/2014

# Stephen A. Katz, P.C.
## Attorney at Law

**MEMO ENDORSED**

111 JOHN STREET, SUITE 800
NEW YORK, NY 10038-3160
(212) 349-6400 FAX: (646) 308-1170
1-(800) 251-3529
sakatz00@gmail.com

27 October 2014

*Stephen A. Katz* (MA, NY & PA)

Honorable Nelson S. Roman
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

*By fax to (914) 390-4179*

Re: Hutter v. Countrywide Bank, N.A., Civil Action no. 09-CIV-10092 (NSR) (LMS)

Dear Judge Roman:

    I am counsel for the plaintiff Nance M. Hutter. I am writing to request a pre-motion conference on a motion that I propose to make seeking to withdraw as Mrs. Hutter's counsel. At the pre-motion conference, I will ask to be allowed to submit in camera my affidavit explaining why I have moved to withdraw.

    Thank you for considering this request.

Sincerely yours,

Stephen A. Katz

SAK
[I]
cc: To Nance M. Hutter by regular mail and e-mail. To all counsel by fax.