

**MEMO ENDORSED**

*Nance Martelli Hutter*
*175 Hickory Kingdom Road*
*Bedford, N.Y. 10506*

November 17, 2014

Hon. Nelson S. Roman
Federal Building
US Courthouse
300 Qurropas Street
White Plains, NY 10601-4150

BY FAX TO 914-390-4179

CASE 09-CV- 10092 (NSR)

Dear Judge Roman,

I am writing to request an additional few days in which to respond to the papers my attorney, Steven Katz, has filed seeking to withdraw from this case. Mr. Katz told that there was no provision for me to reply, only for the attorneys. I have asked Mr. Katz on several occasions, verbally and in writing, most recently this morning, to contact the court to verify this and to let me know how I may reply to his motion. Mr. Katz has not replied. My husband just called to find out the procedure and found out the deadline is today, therefore I need a few days more to write my reply.

Thank you.

Sincerely,

Nance Martelli Hutter

> Plaintiff is Granted an extension of time until Nov. 20, 2014 to serve and file an opposition to attorney Katz's Motion to Withdraw. The Reply shall be served and filed on Dec. 2, 2014. Plaintiff directed to serve her counsel and Defendants' counsel with copies of this endorsement.
>
> Dated: Nov. 17, 2014
>
> **SO ORDERED:**
>
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/2014

Copies mailed/faxed & emailed to Plaintiff 11/17/2014
Chambers of Nelson S. Román, U.S.D.J.

## hutterus@aol.com

**From:** &lt;hutterus@aol.com&gt;
**Date:** Friday, November 14, 2014 11:14 AM
**To:** "Stephen A. Katz" &lt;sakatz00@gmail.com&gt;; &lt;hutter311@optimum.net&gt;
**Subject:** Your Motion to Withdraw

Dear Mr. Katz,

W asked you over a week ago, and again on Wednesday, how can we respond to your Motion to Withdraw. You have told us that there is no provision for us to reply, only for the defendants' attorneys to reply. Since we are most effected by you motion so this does not seem reasonable to us. Please provide us with the requested information and instructions.
Kindly reply asap so we do not forfeit our rights.
Sincerely,
Nance and Gerhard Hutter

## hutterus@aol.com

**From:** "Nance Hutter" <hutterus@aol.com>
**Date:** Monday, November 17, 2014 10:44 AM
**To:** "Stephen A. Katz" <sakatz00@gmail.com>; "Hutter" <hutter311@optimum.net>
**Subject:** Fwd: Your Motion to Withdraw

Dear Mr. Katz,
Kindly reply to this email ASAP.
Nance and Gerhard Hutter

Begin forwarded message:

> **From:** <hutterus@aol.com>
> **Date:** November 14, 2014 at 11:14:44 AM EST
> **To:** "Stephen A. Katz" <sakatz00@gmail.com>, <hutter311@optimum.net>
> **Subject: Your Motion to Withdraw**
>
> Dear Mr. Katz,
> W asked you over a week ago, and again on Wednesday, how can we respond to your Motion to Withdraw. You have told us that there is no provision for us to reply, only for the defendants' attorneys to reply. Since we are most effected by you motion so this does not seem reasonable to us. Please provide us with the requested information and Instructions.
> Kindly reply asap so we do not forfeit our rights.
> Sincerely,
> Nance and Gerhard Hutter

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2014.0.4765 / Virus Database: 4189/8585 - Release Date: 11/17/14

11/17/2014