

# Janus Law, P.C.

**MEMO ENDORSED**

825 EAST GATE BOULEVARD - SUITE 308
GARDEN CITY, N.Y. 11530
Phone: (516) 683-1200
Fax:   (516) 320-8949
www.januslaw.com

**Michael Janus, Esq. ***

* Also Admitted in New Jersey

Via Fax (914) 390-4179

January 14, 2015

The Honorable Nelson S. Roman
United States District Court
300 Quarropas St. Courtroom 218
White Plains, NY 100601

Re: Our Client: Evolution Mortgage, Inc.
    Index #: 09 Civ. 10092 (CS)

Dear Honorable Justice Roman:

My office represents the defendant Evolution Mortgage, Inc., (hereinafter "Evolution") in the above referenced matter. This letter is written in order to request an extension of time to file our Summary Judgment Motion. The motion is currently supposed to be served on January 20, 2015; oppositions to be served February 20, 2015 and replies are to be served March 9, 2015. There has been no prior request for an extension of time. I am a solo practitioner and matters that I did not anticipate, prevented me from working on this motion when I had initially planned to. We also just recently made an offer of settlement to the Plaintiff's attorney that he has conveyed to his client. If it is accepted, there will be no need for the motion. I have spoken with the attorneys for all of the parties involved and they all have consented to an adjournment. I am respectfully requesting that Evolution's time to file their motion for summary judgment be extended three weeks to February 11th. If the Court grants our request, I propose that the new dates set forth that the motion should be served on February 11, 2015, oppositions to be served

---

**Handwritten endorsement:**

Evolution's request for an extension of the briefing schedule is Granted as follows: moving papers to be served by Feb. 13, 2015; opposition papers to be served by March 16, 2015; and reply papers to be served by April 1, 2015. All motion documents shall be filed on April 1, 2015. No further extensions.

Dated: Jan. 16, 2015

SO ORDERED:

[signature]

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

---

USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/16/2015

March 11, 2015 and replies are to be served March 27, 2015.

   I thank you in advance for your consideration in this matter and if you have any questions, please feel free to call my office.

Very truly yours,

JANUS LAW, P.C.

By: Michael Janus
MJ/cms

cc: John T. Serio
114 Old Country Road, Suite 420
Mineola, NY 11501
Fax: 516-294-5348

Stephen A. Katz, P.C.
Represents: Nance M. Hutter
111 John Street, Suite 800
New York, NY 10038
Fax: 212-349-6407

Zeichner Ellman & Krause LLP
Contact: Rudd, Kenneth, Esq.
1211 Avenue of the Americas
New York, NY 10036
Fax: (212) 753-0396