# MEMO ENDORSED

## Stephen A. Katz, P.C.
### Attorney at Law

111 JOHN STREET, SUITE 800
NEW YORK, NY 10038-3180
(212) 349-6400 FAX: (646) 308-1170
1-(800) 251-3529
sakatz00@gmail.com

The application is ~~granted.~~ ☒ denied.

[signature]

Nelson S. Román, U.S.D.J.
Dated: Jan. 20, 2015
White Plains, New York 10601

18 January 2015

*Stephen A. Katz* (MA, NY & PA)

Honorable Nelson S. Roman
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: Hutter v. Countrywide Bank, N.A., Civil Action no. 09-CIV-10092 (NSR) (LMS)

Dear Judge Roman:

As counsel for the plaintiff Nance M. Hutter, I am writing to request a three-week extension of the deadline, until 11 February 2015, for Hutter to serve her opposition to defendant Countrywide Bank's motion for summary judgment.

    **1. The original deadline:** Currently Hutter must serve her opposition to Countrywide's summary-judgment motion by 22 January 2015. I ask that the deadline be extended to **11 February 2015** so that Countrywide will receive Hutter's opposition by 12-FEB-2015. Countrywide's reply will then be due on **26 February 2015**. Hutter agrees not to seek any more adjournments of her deadline for opposing Countrywide's summary-judgment motion, but she will consent to any reasonable request of Countrywide's to extend the bank's 26-FEB-2015 reply deadline.

    **2.–3. The number of previous requests for adjournment or extension, and whether they were granted:**

| Hutter:<br>Nine previous requests | Countrywide Bank, N.A.:<br>Six previous requests |
|---|---|
| 17-MAY-2010, docket no. 18  Granted | 23-DEC-2009, docket no. 3   Granted |
| 31-MAR-2011, docket no. 35  Granted | 05-FEB-2010, docket no. 6   Granted |
| 06-MAY-2011, docket no. 38  Granted | 29-JUN-2010, docket no. 29  Granted |
| 15-NOV-2011, docket no. 47  Granted | 04-FEB-2011, docket no. 33  Granted |
| 19-AUG-2012, docket no. 70  Denied  | 03-JUN-2011, docket no. 40  Granted |
| 08-NOV-2013, docket no. 98  Denied  | 13-MAY-2013, docket no. 85  Granted |
| 16-JAN-2014, docket no. 105 Granted | |
| 28-JAN-2014, docket no. 107 Granted | |
| 23-MAY-2014, docket no. 146 Granted | |

| Evolution Mortgage Inc.:<br>Two previous requests | Watermark Capital, Inc.:<br>Three previous requests |
|---|---|

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/20/2015

Honorable Nelson S. Roman
18 January 2015
Page two

---

| | |
|---|---|
| 16-DEC-2011, docket no. 52 Granted | 13-DEC-2011, docket no. 51 Granted |
| | 13-MAY-2013, docket no. 86 Granted |
| 16-JAN-2015, docket no. 171 Granted | 16-JAN-2015, docket no. 172 Granted |

**4. The reason for the instant request:** Whether by coincidence or otherwise, the opposing parties in many of my cases have all recently sought summary judgment or dismissal at the same time (or, in another Hutter matter, I must perfect an appeal), so that I must file opposition papers according to this schedule:

| Case | Katz's Opposition to Summary Judgment or Dismissal Due |
|---|---|
| *U.S. Bank, N.A. v. Hayrioglu*, Nassau County Sup. Ct. no. 14897-2010 | 05-JAN-2015 |
| *Merino v. U.S. Bank Nat'l Assoc.*, Queens Sup. Ct. no. 19476-2013 | 12-JAN-2015 |
| *Merino v. HSBC Bank USA*, Sup. Ct. Queens County no. 18463-2013 | 22-JAN-2015 |
| *PHH Mortgage Corporation v. Hernandez*, Nassau Sup. Ct. no. 011964-2011 | 24-JAN-2015 |
| *Federal National Mortgage Association v. Cardenas*, Queens Sup. Ct. no. 706539-2014 | 27-JAN-2015 |
| *Hutter v. Citibank, N.A.*, Second Department Docket no. 2014-06732 | 29-JAN-2015 (deadline to perfect appeal) |
| *Deutsche Bank National Trust Company v. Dostaly*, Kings Sup. Ct. no. 26418-2007 | 03-FEB-2015 |

Those cases' filing deadlines' coming just when Hutter's opposition to Countrywide's summary-judgment motion is due on 22-JAN-2015, have greatly reduced my available time for combating Countrywide's motion. That is why I seek an adjournment.

**5.-6.  Whether the adversaries consent:** All three defendants consent to Hutter's adjournment.

Thank you for considering this request.

Honorable Nelson S. Roman
18 January 2015
Page three

---

Sincerely yours,

Stephen A. Katz

SAK
cc: To all counsel by fax
[1]