## Certificate of Service

 I, Stephen A. Katz, certify under the pains and penalties of perjury that on 22 January 2015, I served copies of *(a)* Hutter's Response to Countrywide Bank's Statement of Material Facts in Its Motion for Summary Judgment; *(b)* Hutter's Memorandum in Opposition to Countrywide's Motion for Summary Judgment; and *(c)* supporting exhibits A–P, on the following attorneys:

   Michael E. Janus, Esq.
   Counsel for Evolution Mortgage Inc.
   Janus Law, P.C.
   825 East Gate Boulevard, Suite 308
   Garden City, NY 11530

   BJ Finneran, Esq.
   Counsel for Countrywide Bank, N.A.
   Zeichner Ellman & Krause LLP
   1211 Avenue of the Americas
   New York, NY 10036

   John T. Serio, Esq.
   Counsel for Watermark Capital, Inc.
   Law office of John T. Serio
   114 Old Country Road, Suite 420
   Mineola, NY 11501

I made the service by Federal Express.

6 February 2015

             _____
             Stephen A. Katz