UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NANCE M. HUTTER,<br>                    Plaintiff<br>     v.<br><br>COUNTRYWIDE BANK, N.A., a<br>  subsidiary of COUNTRYWIDE<br>  FINANCIAL CORPORATION<br>WATERMARK CAPITAL, INC.<br>EVOLUTION MORTGAGE INC.,<br><br>                    Defendants | Case no. 09-CIV-10092<br>(NSR) (LMS) |

**Certificate of Service**

    I, Stephen A. Katz, certify under the pains and penalties of perjury that on 22 January 2015, I served copies of *(a)* Hutter's Response to Countrywide Bank's Statement of Material Facts in Its Motion for Summary Judgment; *(b)* Hutter's Memorandum in Opposition to Countrywide's Motion for Summary Judgment; and *(c)* supporting exhibits A–P, on the following attorneys:

        Michael E. Janus, Esq.
        Counsel for Evolution Mortgage Inc.
        Janus Law, P.C.
        825 East Gate Boulevard, Suite 308
        Garden City, NY 11530

        BJ Finneran, Esq.
        Counsel for Countrywide Bank, N.A.
        Zeichner Ellman & Krause LLP
        1211 Avenue of the Americas
        New York, NY 10036

John T. Serio, Esq.
Counsel for Watermark Capital, Inc.
Law office of John T. Serio
114 Old Country Road, Suite 420
Mineola, NY 11501

I made the service by Federal Express.

9 February 2015

_____
Stephen A. Katz