Michael Janus
JANUS LAW, P.C.
825 East Gate Blvd. - Suite 308
Garden City, NY 11530
(516) 683-1200
(516)-320-8949 Fax

Attorneys for Defendant EVOLUTION MORTGAGE, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NANCE M. HUTTER,
                Plaintiff,

-against-

COUNTRYWIDE BANK, N.A., a subsidiary
of COUNTRYWIDE FINANCIAL CORPORATION,
WATERMARK CAPITAL, INC. EVOLUTION
MORTGAGE INC.,
                Defendant.

Case No. 09 CV 10092 (NSR)(LMS

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the Declaration of Michael Janus, the Statement pursuant to Local Rule 56.1, and the exhibits thereto, the accompanying memorandum of law; and upon all prior pleadings and proceedings had herein, the undersigned attorneys for defendant EVOLUTION MORTGAGE, INC.("EVOLUTION"), will move this Court, at the United States Courthouse, 300 Quarropas Street, White Plains, New York, for an Order granting EVOLUTION summary judgment under Fed. R. Civ. P. 56 dismissing plaintiff Nance M. Hutter's third amended complaint with prejudice as to EVOLUTION, and granting such other and further relief as this Court may deem just and proper.

       Take Further Notice that answering papers, if any, shall be served by March 16, 2015 and reply papers, if any, will be due by April 1, 2015. All such papers to be served by e-mail and first class mail.

Dated: Garden City, New York
February 10, 2015

            JANUS LAW, P.C

            _____
            Michael Janus
            Attorneys for Evolution Mortgage, Inc.
            825 East Gate Blvd. - Suite 308
            Garden City, NY 11530
            (516) 683-1200

TO:
STEPHEN A. KATZ, P.C.
Attorneys for Plaintiff
111 John Street, Suite 800
New York, New York 10038-3180

David B. Chenkin, Esq.
Kenneth Rudd
BJ Finneran
Zeichner Ellman & Krause LLP
Attorneys for Defendant Countrywide Bank, N.A.., a Subsidiary of
Countrywide Financial Corporation
1211 Avenue of the Americas
New York, NY 10036

Law Office of John T. Serio
Attorneys for Defendant Watermark Capital, Inc.
114 Old Country Road, Suite 420
Mineola, New York 11501.