UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

NANCE M. HUTTER,    09-CV-10092(NSR) (WDW)

**Plaintiff,**

**NOTICE**
**OF MOTION**

-against-

COUNTRYWIDE BANK, N.A., a subsidiary of
COUNTRYWIDE FINANCIAL CORPORATION,
WATERMARK CAPITAL INC. and
EVOLUTION MORTGAGE INC.

**Defendant(s)**
_____X

PLEASE TAKE NOTICE that upon the declaration of John T. Serio, the Statement pursuant to Local Rule 56.1 , and the exhibits thereto, the accompanying memorandum of law; and upon all prior pleadings and proceedings had herein, the undersigned attorney for the defendant Watermark Capital Inc., (Watermark) will move this court , at the United States Courthouse , 300 Quarropos Street, White Plains, New York, for an Order granting  Watermark summary judgment pursuant to Fed. R. Civ. P. 56 dismissing plaintiff Nance M. Hutter's  third amended complaint with prejudice to Watermark and dismissing the cross-claims of defendant's Evolution Mortgage Inc. and

1

Countrywide Bank, N.A. and granting such other and further relief as to this Court may deem just and proper.

Take Further Notice that answering papers, if any, shall be served by March 16, 2015 and reply papers, if any, will be due by April 1, 2015. All such papers to be served by e-mail and first class mail.

Dated:   Mineola, New York
         February 13, 2015

Respectfully submitted,

_____
JOHN T. SERIO/JTS-0007
Attorney for defendant Watermark Capital Inc.
114 Old Country Road, Suite 420
Mineola, New York 11501
(516) 248-5317

TO:   Mr. Stephen A. Katz, P.C.
      111 John Street, Suite 800
      New York, NY 10038-3180

      Kenneth C. Rudd
      Zeichner Ellman & Krause LLP
      Attorney for defendant Country Wide
      1211 Avenue of the Americas
      New York, New York 10036

      Michael Janus, Esq.
      Janus Law, P.C.
      Attorney for Defendant
      Evolution Mortgage Inc.
      825 East Gate Blvd. Suite 308
      Garden City, NY 11530