UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NANCE M. HUTTER,<br><br>      Plaintiff<br><br>v.<br><br>COUNTRYWIDE BANK, N.A., a subsidiary of COUNTRYWIDE FINANCIAL CORPORATION<br>WATERMARK CAPITAL, INC.<br>NICHOLAS JOUTZ<br>CLINT ELLIOTT<br>EVOLUTION MORTGAGE INC.<br>JOSEPH SCIACCA,<br><br>      Defendants | Case no. 09-CIV-10092 (CS)<br><br>**Nance M. Hutter's Affidavit in Opposition Defendants' Motions for Summary Judgment** |

I, Nance M. Hutter, state under oath as follows:

1. I am the plaintiff in this lawsuit.

2. I have defaulted on making the monthly mortgage payments on my $1.785 million Countrywide mortgage loan.

3. I last made a monthly payment on the loan on January 14, 2009.

4. I stopped making the monthly payments because the payment increased to $13,891.87 and I could not afford it.

[Nance M. Hutter's Affidavit in Opposition Defendants' Summ.-J. Motions]

---

_____
Nance M. Hutter

Sworn to before me this
___13th___ day of March
2015

_____
Notary Public

Wayne Young
Notary Public of Connecticut
My Commission Expires 12/31/2015