John T. Serio
LAW OFFICE OF JOHN T. SERIO

Old Country Road- Suite 420
Mineola, NY 11501
(516) 248-5317
(516) 294-5348 (fax)

Attorneys for Watermark Capital Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NANCE M. HUTTER,<br><br>                              Plaintiff,<br><br>- against -<br><br>COUNTRYWIDE BANK, N.A., a subsidiary of COUNTRYWIDE FINANCIAL CORPORATION, WATERMARK CAPITAL, INC. and EVOLUTION MORTGAGE, INC.,<br><br>                            Defendants<br>                            . | Case No.: 09 CV 10092 (NSR)(LMS) |

## CLARIFICATION OF DEFENDANT WATERMARKS INTITIAL STATEMENT OF MATERIAL FACTS

      Watermark Capital Inc., ("WATERMARK") by its attorneys, the Law Office of John T. Serio, pursuant to Rule 56.1 of the Local Rules of the United States District Court for the Southern District of New York, respectfully submits this clarification to its initial Statement of Material Facts about which there is no Genuine Issue.

      1.  In paragraph 5 of Watermarks original Statement of Facts, this

1

defendant stated "Todd Matthews, believing Charles Dragna to be licensed in New York, referred the loan to him." See Serio 56.1Stmt. p. 4 para# 5.

2.  In her counter statement of Material Facts, the Plaintiff address this issue stating "Hutter has never encountered that statement before." The plaintiff then points out that defendant failed to support its statement by citing to evidence, all in violation of Local Rule 51.1(d).

3.  Unfortunately, the defendant did in fact fail to cite to evidence in support of this statement. However, this was an inadvertent omission. Attached as **Exhibit N** to defendants original moving papers, is portions of the Charles Dragna deposition testimony. At page 58, Mr. Dragna unequivocally states that Matthews thought he was licensed when he referred the loan to him (Dragna). **See Exhibit N, p. 58.** The plaintiff possessed this information from the initial filing of the summary judgment motion and well before as this has been defendants position throughout this litigation.

4.  Therefore, this defendant has complied with the spirit of the Local Rule as the supporting evidence was indeed presented but mistakenly not referenced.

Dated: March 31, 2015

Respectfully submitted,

Law Office of John T. Serio

JOHN T. SERIO/JTS-0007
Attorney for defendant Watermark Capital Inc.
114 Old Country Road, Suite 420
Mineola, New York 11501
(516) 248-5317